## RUEL LAMAR V. THE STATE.

No. 8797. Decided October 22, 1924.

No motion for rehearing filed.

**Robbery.**

No bills of exception nor statement of facts appearing in record, cause is affirmed.

Appeal from Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction of robbery; penalty, fifteen years in the penitentiary.

*Allen Reed,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Dallas County of robbery, and his punishment fixed at fifteen years in the penitentiary.

The indictment is in correct form; there is no statement of facts or bill of exceptions, and the charge of the court correctly submitting the law, it becomes our duty to affirm the judgment, and it is so ordered.

*Affirmed.*